STEVEN A. VELKEI (SBN 160561)
svelkei@velkeilaw.com
CHRISTOPHER G. WILSON (SBN 264779)
cwilson@velkeilaw.com
**VELKEI LAW P.A.**
6430 Sunset Blvd, Suite 702
Los Angeles, CA 90028
Telephone: (310) 601-4626
Facsimile: (310) 596-3312

Attorneys for Defendant
BOS Entertainment Inc. dba The Exchange

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GRIDIRON PRODUCTIONS LLC, a Georgia Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>BRET MERRICK SAXON, et al.<br><br>Defendants. | Case No: 2:23-cv-07574-TJH-JPR<br><br>**DEFENDANT'S BOS ENTERTAINMENT, INC. dba THE EXCHANGE'S CERTIFICATION OF INTERESTED PARTIES PURSUANT TO LOCAL CIVIL RULE 7.1-1 AND FEDERAL RULE OF CIVIL PROCEDURE 7.1**<br><br>Complaint Filed: September 12, 2023 |

**PLEASE TAKE NOTICE THAT** pursuant to Civil L.R. 7.1-1, the undersigned, counsel of record for BOS Entertainment, Inc. dba The Exchange, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

The listed parties who may have a pecuniary interest include:

1. BOS Entertainment, Inc. dba The Exchange (Defendant)

---

**THE EXCHANGE'S CERTIFICATION PURSUANT TO L.R. 7.1-1 AND FRCP 7.1**

2. Brian O'Shea (Owner of BOS Entertainment, Inc. dba The Exchange)

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant BOS Entertainment, Inc. dba The Exchange states that as of this date: It is a California corporation, it does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: October 10, 2023            VELKEI LAW P.A.

By: _____
Steven Velkei
Attorney for Defendant
BOS Entertainment Inc. dba The Exchange

# CERTIFICATE OF SERVICE

**GRIDIRON PRODUCTIONS LLC v. BRET MERRICK SAXON, ET AL.**
Case No. 2:23-cv-07574-TJH-JPR

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 6430 Sunset Blvd., Suite 702, Los Angeles, California 90028.

On October 10, 2023, I caused to be served true copies of the following document described as:

**DEFENDANT'S BOS ENTERTAINMENT, INC. dba THE EXCHANGE'S CERTIFICATION OF INTERESTED PARTIES PURSUANT TO LOCAL CIVIL RULE 7.1-1 AND FEDERAL RULE OF CIVIL PROCEDURE 7.1**

on the interested parties in this action as follows:

LAW OFFICE OF JOSEPH M. KAR, PC
Joseph M. Kar
15250 Ventura Blvd., Suite PH-1220
Sherman Oaks, CA 91403
Telephone: (818) 501-6930
Facsimile: (818) 501-6935
jkar@civillegal.com

*Attorneys for Plaintiff*
GRIDIRON PRODUCTIONS, LLC

BLANK ROME LLP
Gregory M. Bordo
Craig N. Haring
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: (424) 239-3400
Facsimile: (424) 239-3434
craig.haring@blankrome.com
greg.bordo@blankrome.com

☒ **BY CM/ECF:** I caused the document(s) to be sent electronically by transmission to an electronic filing service provider for service through the Court's CM/ECF system to all parties.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 10, 2023, at Los Angeles, California.

_____
Christopher Wilson [cwilson@velkeilaw.com]