**LAW OFFICE OF JOSEPH M. KAR, PC**
Joseph M. Kar (SBN 207414)
jkar@civillegal.com
15250 Ventura Blvd., Suite PH-1220
Sherman Oaks, CA 91403
Telephone: (818) 501-6930
Facsimile: (818) 501-6935

**BLANK ROME LLP**
Gregory M. Bordo (SBN 156147)
Greg.Bordo@BlankRome.com
Craig N. Haring (SBN 314100)
Craig.Haring@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: (424) 239-3400
Facsimile: (424) 239-3434

Attorneys for Plaintiff and Counter-Defendant
GRIDIRON PRODUCTIONS LLC and
Counter-Defendants LATAVIUS POWELL
and POWELL & PRICE PRODUCTIONS, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GRIDIRON PRODUCTIONS LLC, a Georgia Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>BRET MERRITT SAXON, et al.,<br><br>Defendants. | Case No. 2:23-cv-07574-TJH-JPR<br><br>*[Assigned to Hon. Terry J. Hatter, Jr.]*<br><br>**NOTICE OF SETTLEMENT** |

168540.00601/155526913v.1

**NOTICE OF SETTLEMENT**

| | |
|---|---|
| 1 | BRET MERRIT SAXON, AMY SAXON and JEFFREY BOWLER, |
| 2 | |
| 3 | Counterclaimants, |
| 4 | v. |
| 5 | GRIDIRON PRODUCTIONS, LATAVIUS POWELL, an individual, JUSTIN PRICE, an individual, PRICE PRODUCTIONS, a business organization of unknown form, POWEL & PRICE PRODUCTIONS, LLC, a business organization of unknown form. |
| 6 | |
| 7 | |
| 8 | |
| 9 | Counter-Defendants. |

168540.00601/155526913v.1

2

**NOTICE OF SETTLEMENT**

**TO THIS HONORABLE COURT:**

**PLEASE TAKE NOTICE** that the parties have reached an agreement in principle to completely resolve this matter, including all claims, counterclaims, and cross-claims. The parties anticipate filing a stipulation of dismissal of this action within 14 days.

The parties jointly request that all deadlines be stayed until October 28, 2025, to give them the opportunity to finalize the settlement agreement and stipulated dismissal.

| | |
|---|---|
| DATED: October 14, 2025 | THE LAW OFFICES OF JOHN A. SCHLAFF<br><br>By: */s/ John Schlaff*<br>      John A. Schlaff<br>Attorneys for Defendants and Counter-Defendants BRET MERRITT SAXON, JEFF BOWLER, and WONDERFILM LLC and for Defendants RICHARD DAVIS, RICHARD SALVATORE, NINA PODOLSKA, WONDER CAPITAL LLC, WF HARD MATTER, LLC, LUCKY FILMS INC., WF GROUP, LLC, EPIC JOURNEY PRODUCTIONS, LLC, and PICKLE WAGON HOLDINGS INC. |
| DATED: October 14, 2025 | BLANK ROME LLP<br><br>By: */s/ Craig Haring*<br>      Gregory M. Bordo<br>      Craig N. Haring<br>Attorneys for Plaintiff and Counter-Defendant GRIDIRON PRODUCTIONS LLC, and Counter-Defendants LATAVIUS POWELL and POWELL & PRICE PRODUCTION, LLC |

DATED: October 14, 2025                     EISNER, LLP

                                            By: */s/ Carolynn Beck*
                                                 Carolynn Beck
                                            Attorneys for Defendant
                                            BOS ENTERTAINMENT, INC. DBA THE EXCHANGE

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

                                            By: */s/ Craig N. Haring*
                                                 Craig N. Haring